## ANDREW W. BARTHA ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWICH (7505)

SPALLONE, O'CONNELL and STOUGHTON, Js.

Argued June 19—decision released June 28, 1989

*Stanley Maxim Lucas,* for the appellants (plaintiffs).
*Ralph Bergman,* for the appellee (defendant).

PER CURIAM. There is no error.